**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Dixie Baker, a single woman, | ) | No. CV-06-2887-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **AMENDED SCHEDULING ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| D.A.R.A. II, Inc., an Arizona corporation; | ) | |
| Kenneth Presutti, a single man; Cyndee Presutti, a single woman; Jesse Wintersteen and Dara Wintersteen, husband and wife; and Jeffrey J. Presutti, a single man, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is the time set for an informal Rule 16 scheduling conference. Plaintiff is represented by counsel, Rebecca L. Covell.  Defendants are represented by counsel, Veronica L. Manolio. Court reporter is not present.

All parties have expressly consented in writing to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636 (c) and Rule 73, Fed.R.Civ.P., with the approval of United States District Judge Susan R. Bolton. (docket # 12)

Informal discussions are held regarding an early settlement conference before this or another magistrate judge, the Court's preference for early depositions of key parties in an effort to make any early settlement conference more meaningful, and the initial Rule 16 Scheduling Order (docket # 13) issued by the formerly-assigned trial judge. Counsel confirm that both sides have complied with FED.R.CIV.P. 26(a)'s initial disclosures as ordered.

1   Counsel stipulate and agree to the amendment of the caption as set forth herein and to the

2   following modifications to the initial Rule 16 Scheduling Order.

3          Pursuant to stipulation and good cause appearing,

4          **IT IS ORDERED** vacating in their entirety paragraphs N, P, and R in the initial

5   Rule 16 Scheduling Order (docket # 13) subject to resetting the dates for filing motions in

6   limine, the final Pretrial Order and Conference and jury trial in 2008. The Court hereby

7   modifies the dates **only** of paragraph F's discovery deadline to **January 15, 2008**, paragraph

8   G's supplementation of all discovery to **November 30, 2007**, and paragraph L's dispositive

9   motion deadline to **February 29, 2008**. The trial date of May 13, 2008 is also vacated. All

10  further orders set forth in the initial Rule 16 Scheduling Order are hereby **AFFIRMED**.

11         Stipulations extending the time for the doing of any act required by the Court or

12  the Rules of Civil Procedure will be treated as a joint motion subject to Court approval.

13  LRCiv. 7.3; *Gestetner Corp. v. Case Equipment Company*, 108 F.R.D. 138 (D. Maine

14  1985)(good cause not shown to amend scheduling order); *Janicki Logging Co. v. Mateer*,

15  42 F.3d 561, 566 (9th Cir.1994)("Federal Rule of Civil Procedure 16 is to be taken

16  seriously"). These **deadlines are real**. The parties are advised that the Court intends to

17  enforce the deadlines set forth in this and the original Scheduling Order. Counsel should plan

18  their litigation activities accordingly. *Hostnut.Com, Inc.v. Go Daddy Software, Inc.*, 2006

19  WL 2573201 *1 (D. Ariz. 2006). Continuances of these deadlines may be granted only upon

20  a showing of good cause and by leave of the assigned trial judge. Settlement negotiations,

21  however, do not constitute good cause.

22         **IT IS FURTHER ORDERED** that each side is limited to only one motion for

23  summary judgment unless express prior leave of the Court is granted for good cause shown.

24         **IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall

25  hereinafter comply with the Rules of Practice for the United States District Court for the

26  District of Arizona, as amended on December 1, 2006, and the Standards of Professional

27  Conduct. The District's Local Rules and Standards may be found on the District Court's

28

1   internet web page at www.azd.uscourts.gov/. All other rules may be found at
2   www.uscourts.gov/rules/.

3         **IT IS FURTHER ORDERED** that counsel shall use the above caption, number
4   and initials on all further pleadings or documents filed herein until further order of the Court.

5         DATED this 8th day of May, 2007.

6

7   _____
8              Lawrence O. Anderson
              United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28