**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dixie Baker,<br><br>    Plaintiff,<br><br>vs.<br><br>D.A.R.A. II, Inc., an Arizona corporation; Kenneth Presutti and Cyndee Presutti, husband and wife; Jesse Wintersteen and Dara Wintersteen, husband and wife; and Jeffrey J. Presutti.<br><br>    Defendants. | No. CV-06-2887-PHX-LOA<br><br>**ORDER** |

After the Court's review of the file and on it's own motion in the event the April 2, 2008 settlement conference is unsuccessful,

**IT IS ORDERED** setting an informal Rule 16(b), FED.R.CIV.P., scheduling conference before the undersigned on **Thursday, April 24, 2008, at 10:00 a.m.** for purposes of setting the final Rule 16(b) deadlines, such as, date for filing motions *in limine* and the final pretrial order, the final pretrial conference, jury trial and discussing other issues regarding the trial of this matter. Counsel are directed to bring their calendars to this conference. Lead counsel shall be physically present and authorized to set the various dates

/ / /

/ / /

1 | to conclude this matter. Counsel need not provide the Court anything in advance of this
2 | conference.

3         DATED this 13th day of March, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge