**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dixie Baker,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>D.A.R.A. II, Inc., an Arizona corporation; Kenneth Presutti and Cyndee Presutti, husband and wife; Jesse Wintersteen and Dara Wintersteen, husband and wife; and Jeffrey J. Presutti.<br><br>　　　　Defendants. | No. CV-06-2887-PHX-LOA<br><br>**ORDER** |

After reviewing Defendants' Status Report Regarding Settlement, docket # 87, the Court deems it a motion to enforce settlement agreement pursuant to LRCiv 83.7 and federal case law. A briefing schedule will be set forth herein. If either counsel believes that an evidentiary hearing is necessary, counsel may request one consistent with LRCiv 7.2(f).

Counsel are advised that if the Court finds that a binding, enforceable settlement was reached in writing between the non-bankrupt parties, the Court will enter Judgment consistent therewith and will award a full measure of attorney's fees and any costs against the Plaintiff and/or her attorney. If no binding agreement was reached, the Court will reset this matter for trial in the Spring or Summer, 2009.

1   **IT IS ORDERED** that Plaintiff shall file a Response to Defendants' motion
2   to enforce settlement agreement on or before **Monday, September 29, 2008**. Defendants
3   shall file a Reply on or before **Wednesday, October 8, 2008**.
4   DATED this 17th day of September, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge