*WO*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dixie Baker, ) | |
| Plaintiff, ) | Case No.: CV-06-2887-PHX-LOA |
| v. ) | |
| D.A.R.A. II, INC., an Arizona corporation; ) Kenneth Presutti, an individual; Cyndee ) Presutti, an individual; Jesse Wintersteen ) and Dara Wintersteen, husband and wife; and ) Jeffrey Presutti, an individual. ) | **ORDER RE STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendants. ) | |
| _____ ) | |

The parties hereto, having filed a Stipulation for Dismissal with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.   Plaintiff, Dixie Baker, be and hereby is awarded a final judgment against Defendant, Kenneth Presutti, in the amount of $180,000.00;

B.   Plaintiff's remaining claims against all other Defendants are dismissed with prejudice;

C.   The parties hereby shall bear their own costs and attorneys' fees.

DATED this 29th day of October, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge